UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ASHLEY N. MAGGARD, as Widow and Administratrix of the Estate of CODY S. MAGGARD, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:22-CV-00069-JRG-JEM |
| v. | ) ) | |
| NYRSTAR TENNESSEE MINES, STRAWBERRY PLAINS, LLC, BROOKVILLE EQUIPMENT CORPORATION, and BROOKVILLE SERVICES, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

Pursuant to the Memorandum Opinion filed herewith, Defendant Brookville Services' Motion for Summary Judgment on Counts V and VI [Doc. 41] is **GRANTED**. The Court has already dismissed Counts I and VI against Nyrstar; Counts II–IV and VI against Brookville Equipment; and Counts II–IV against Brookville Services. [Doc. 32 at 13]. Therefore, there are no claims remaining before the Court and this action is **DISMISSED** as to all Defendants. The pending motions in limine [Docs. 55, 58, 61, 63, 65] are **DENIED as moot**. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTERED AS A JUDGMENT:

                                                   s/J. RONNIE GREER
                                                   UNITED STATES DISTRICT JUDGE

   <u> s/LeAnna Wilson  </u>
    CLERK OF COURT